IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SARVESH SHANKAR PERINCHERRY,          §
                                      §
        Plaintiff,                    §
                                      §
v.                                    §          1:26-CV-275-RP
                                      §
KRISTI NOEM, et al.,                  §
                                      §
                                      §
                                      §
        Defendants.                   §

**ORDER**

Before the Court is the parties' Joint Motion to Remand and Stay Deadlines. (Joint Mot., Dkt. 5). This is an immigration case in which Plaintiff Sarvesh Shankar Perincherry ("Plaintiff") seeks a *de novo* hearing and decision on his Form N- 400 Application for Naturalization, or alternatively remand to U.S. Citizenship and Immigration Services ("USCIS") for immediate adjudication pursuant to 8 U.S.C. § 1447(b). The parties now agree to remand this action to USCIS for adjudication of Plaintiff's application on or before sixty days after remand and to stay all deadlines in the meantime. The Court finds remand to be appropriate given that courts generally "should remand a case to an agency for decision of a matter that statutes place primarily in agency hands," *I.N.S. v. Orlando Ventura*, 537 U.S. 12, 16 (2002), and given that the sixty-day deadline agreed upon by the parties would very likely give Plaintiff a decision in a shorter time than if this Court adjudicated the application *de novo*. The Court will therefore grant the joint motion.

Accordingly, **IT IS ORDERED** that pursuant to 8 U.S.C. § 1447(b), this case is **REMANDED** to U.S. Citizenship and Immigration Services to adjudicate Plaintiff Sarvesh Shankar Perinchery's Form N-400 naturalization application on or before **June 8, 2026**.

**IT IS FURTHER ORDERED** that all deadlines in this action are **STAYED** pending the outcome of the Form N-400 adjudication process.

1

2

**IT IS FINALLY ORDERED** that the parties shall file a joint status report advising the

Court of the outcome of the adjudication process on or before **June 22, 2026**.

**SIGNED** on April 7, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2